IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEARING BROKERS, INC, on behalf of plaintiff and a class, ) ) ) Plaintiff, ) ) v. ) ) COMDA/INTERNATIONAL CALENDAR CO.; ) and JOHN DOES 1-10, ) ) Defendants. ) | 13 C 6496<br><br>Judge Dow<br>Magistrate Judge Keys |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on default prove-up hearing on damages and attorney's fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against defendant COMDA/International Calendar Co. and in plaintiff Bearing Brokers, Inc.'s favor in the amount of $18,000.00 for Plaintiff in statutory damages, plus $6,477.50 in attorney's fees and $445.00 in costs of suit.

Defendant COMDA/International Calendar Co. is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff Bearing Brokers, Inc.

Plaintiff's individual claims against John Does 1-10 are dismissed without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: March 5, 2014

_____
U.S. District Court Judge Robert M. Dow, Jr.